# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| INEZ EDDINGTON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:26-CV-1491-S-BT |
| | § | |
| CHILDREN'S HEALTHCARE OF | § | |
| ATLANTA INC. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's motion for leave to proceed *in forma pauperis* [ECF No. 4] is **DENIED**.

Plaintiff must pay the full $405.00 filing fee within **15 days** of this Order, or her case may be dismissed without prejudice under Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

SIGNED June 12, 2026.

_____

**UNITED STATES DISTRICT JUDGE**